## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Isaias Lujan Palacios,

Vs. No. 11-11-00086-CR

The State of Texas,

\* From the 142nd District
Court of Midland County,
Trial Court No. CR36479.

\* April 11, 2013

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.